UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FABIO VARGAS-GONZALEZ**<br>**REG. # 01492-509** | **DOCKET NO. 2:25-cv-00389**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FELIPE MARTINEZ, JR.** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE** and that the Motion [doc. 5] be **DENIED**.

**THUS DONE AND SIGNED** in chambers this 24th day of November, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE